# EXHIBIT A

TCU OFFICE OF THE CHANCELLOR
Office of Institutional Equity

# DISCRIMINATION AND HARASSMENT COMPLAINT FORM[1]

## Complainant Information

The **Complainant** is an individual who is claiming they have been the target of conduct that may have violated TCU's Policy on Prohibited Discrimination, Harassment, Sexual Misconduct, and Retaliation (TCU Policy 1.008).

Name : [Emily Doe]
Job Title (if employee) Year at TCU (if student): [redacted]
Department/Major: [redacted]
Work Telephone if applicable: 817/257-
TCU Email: [redacted]
Supervisor's Name and Job Title (if employee):

## Respondent Information

The **Respondent** is the Individual who has been reported as having committed acts that may have violated TCU's policy on Prohibited Discrimination, Harassment, Sexual Misconduct, and Retaliation.

Respondent Name, if known: [John Smith]
Respondent Job Title, if known
Respondent Student status, if known: [redacted]
Respondent Department, if known:

If additional Respondents, please provide their information below.
Additional Respondents:

[1]For definitions of terms or explanation of relevant processes, please review TCU Policy 1.008 and TCU Policy 1.009



1. **Complaint Category** (Please check all that apply)
   ☐Discrimination
   ☐Harassment
   ☐Retaliation
   ☐Sexual Misconduct*
   *If your complaint is related to Sexual Misconduct, please check all that apply.
   ☐Sexual Assault[2] ☐Sexual Harassment ☐Stalking
   ☐Dating Violence ☐Domestic Violence

2. **Basis of Complaint** (Protected Class Status; please check all that apply)

☐Age
☐Color
☐Covered Veteran Status ☐Disability
☐Ethnic Origin
☐Gender
☐Gender Expression ☐Gender Identity
☐Genetic Information
☐National Origin
☐Predisposing Genetic Information
☐Race
☐Religion
☐Sex
☐Sexual Orientation
☐Other

3. **Nature of Complaint:** Please describe what happened to you, the identities of all of the parties involved in the incident and the conduct that you believe constitutes harassment, discrimination, sexual misconduct and/or retaliation. Please be specific and include the date(s) and location(s) of the incident(s) described. *Attach any additional pages or documentation as needed.

In the early morning of October 6th I was sexually assaulted by [redacted] On the evening of October 5th I went to [redacted], a bar on [redacted], that [redacted] rented out. I went out with four friends [redacted]. I had met [redacted] a few weeks prior as we were paired as a date to a sorority formal through mutual friends. I barely spoke with [redacted] the night of the formal and we had no contact until the night of the 5th. Before attending the bar I drank one Surfside seltzer, and at the venue I took three shots with my other friends. I was drunk but by no means was I incapacitated or unable to make decisions. I began talking to [redacted] around 12am in a group but not individually. We began talking one on one around 1am and an uber was ordered back to [redacted] Hall at 1:59 am and we arrived back at the building at 2:07 am. I consensually let [redacted] into my room. [redacted] and I made out on my bed for about 30 minutes, but we did not do anything further. Both of our clothes were still on and I had no intention of participating in any further sexual activities. We continued to lay together until I needed to go to the bathroom and when I returned I continued to kiss [redacted] but there were still no further actions taken. [redacted] then had to go to the bathroom. He got off

my bed and proceeded to tell me "don't fall asleep until I get back, don't fall asleep". With it being around 3:15am, I ended up falling asleep in a fetal position facing the door. I do not recall [redacted] returning from the bathroom, but I woke up to [redacted] penetrating me from behind without my consent. I woke up in a panic, kicking him out of my room. I proceeded to call my friend [Sarah Doe] (I would not like her to be included as a witness), who lives down the hall from me. She came into my room and I told her what happened. When she left I called my friend [Jane Doe] who attends [redacted] my big [Samantha Doe], and the sexual assault hotline all around 3:40am. I proceeded to take two melatonin and went to sleep. The next day [redacted] told another [redacted] that "both our clothes were off" and "when he came back from the bathroom we continued to makeout" which is not true. He told him "I didn't ask but I assumed it was fine because we were hooking up, and it was after ten seconds of us having sex that I freaked out". I did not continue to makeout with [redacted] as I was asleep, my clothes were on, and I would not have participated in any more sexual activities with him. Later on the night of October sixth, I had [redacted] come to my room, with my roommate as a witness and I confronted him about his actions. He denied knowing that I was asleep but admitted that we were not hooking up after he got back from the bathroom. He said he "assumed it was fine because I shoved my ass back into him a little bit" and he "thought I made a noise". I recorded the conversation on my iphone.

[2] TCU Policy 1.008 defines Sexual Assault as one of the following: 1) Non-Consensual Sexual Contact; 2) Non Consensual Sexual Intercourse; 3) Incest; and 4) Statutory Rape.



## 4. Resolution of Complaint

Please indicate the type of resolution you wish to pursue.

☐Informal Resolution (e.g., mediation) ☐Formal Resolution (e.g., investigation)

Describe what action you believe would resolve the issues and/or incidents raised in your complaint.

I would want to explore available options.

I certify that the information provided is true and correct to the best of my knowledge. I understand that making a false complaint is a violation of university policy and can result in sanctions.

By completing and submitting this form, I am initiating a complaint which I request the Office of Institutional Equity to investigate in accordance with TCU Policy 1.009.

__[Emily Doe]____
PRINTED NAME

______10/15/2024__________ Signature of Complainant Date

Email this form to OIE@TCU.edu or hand deliver it to the Harrison Building, Suite 1800. Last Revised:08/2021