# EXHIBIT D

TCU

STUDENT AFFAIRS

Michael Russel, Ed.D.
Associate Vice Chancellor for Student Affairs

# Memorandum

**DATE:** April 15, 2025

**TO:** Jeremy Steidl, Assistant Dean of Students
David Cooper, Associate Dean of Students

**FROM:** Michael Russel MDR
Associate Vice Chancellor for Student Affairs
Appeal Officer

**SUBJECT:** Appeal of Hearing Outcome
Complainant: [redacted]
Respondent: [redacted]

---

This is a response to [redacted]'s appeal of the outcome of the Title IX panel hearing held on February 20, 2025.

## Complainant Appeal Category: Disproportionate Outcome

**Response**: Appeal denied.

**Rationale:** The hearing panel is responsible for determining whether a policy was violated and designing a response that ensures the respondent learns from their mistakes. Every remedy decision is based on the entirety of the facts presented in writing and during the hearing. The panel considered over three hours of testimony and reviewed the evidence submitted by the Title IX office to conclude that the remedies were sufficient to achieve the educational goals of the process.

The appeal process is not a rehearing of the facts, and the appellate officer is reminded not to substitute his or her judgment over the panelists. Nothing in the documents or the hearing tapes suggested that the panelists did not consider all facts when making the remedy recommendations.