**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **EMILY DOE, proceeding under a pseudonym** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:25-cv-1513** |
| **v.** | ) | |
| | ) | |
| **TEXAS CHRISTIAN UNIVERSITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a), Plaintiff files this notice dismissing this case without prejudice.

Dated: December 9, 2025

Respectfully submitted,

EMILY DOE

By: *__/s/ Thomas M. Wolf__*

Thomas M. Wolf (VSB # 18234)
Joseph M. Rainsbury, Esq. (VSB # 45782)
Clarissa K. Pintado, Esq. (VSB #86882)
O'Hagan Meyer, PLLC
411 E. Franklin Street; Suite 500
Richmond, VA 23219
Telephone: (804)361-4551
Facsimile: (804) 237-0250
Twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com

Alison C. Duffy, Esq. (VSB #90113)
O'Hagan Meyer, PLLC
2560 Huntington Ave, Suite 204
Alexandria, VA 22303
P: (703) 775-8606
aduffy@ohaganmeyer.com
*Counsel for Plaintiff*